

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00675-CV

**IN RE** Sarah Friend **NEUTZE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
       Rebeca C. Martinez, Justice
       Patricia O. Alvarez, Justice
       Luz Elena D. Chapa, Justice
       Irene Rios, Justice
       Beth Watkins, Justice
       Liza Rodriguez, Justice

On October 23, 2019, relator filed a Motion for Reconsideration, Motion for En Banc Rehearing, and Motion to Stay Trial Court Proceedings. After considering relator's arguments, the motions are hereby DENIED.

It is so **ORDERED** on November 12, 2019.

PER CURIAM

ATTESTED TO: _____
                Michael A. Cruz,
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016 CV2 002017, styled *In re: Farmers Insurance Company Wind Hail Storm Litigation 2*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.